**OVED & OVED LLP**
Timothy Savitsky, Esq. (TS6683)
401 Greenwich St.
New York, NY 10013
Tel: (212) 226 – 2700 (Ext. 233)
Email: tsavitsky@oved.com
*Counsel for Creditor Lawrence Paul*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

In re:

Orchidea L&L Inc.,

        Debtor.
---------------------------------------------------------X

Case No.: 24-10365-pb (Chapter 7)

Hon. Philip Bentley

## NOTICE OF APPEARANCE

**To: The Clerk of the Court and All Parties of Record**

    **PLEASE TAKE NOTICE** that the undersigned, duly admitted to practice law in this Court, hereby appears as counsel for creditor Lawrence Paul (the "Creditor") in the above-captioned proceeding. Pursuant to Fed. R. Bankr. Proc. 9010, all further notice and copies of filings, pleadings, papers, and other material relevant to this proceeding required to be served upon the Creditor should be directed to and served upon the Creditor's attorney at the following coordinates:

        Timothy Savitsky, Esq.
        Oved & Oved LLP
        401 Greenwich St.
        New York, NY 10013
        Tel: (212) 226 – 2700 (Ext. 233)
        Email: tsavitsky@oved.com

Dated: October 11, 2024
      New York, New York

                                          Respectfully submitted:

                                          By: */s/ Timothy Savitsky*
                                          Oved & Oved LLP
                                          Timothy Savitsky Esq. (TS6683)
                                          401 Greenwich St.
                                          New York, NY 10013
                                          Tel: (212) 226 – 2700 (Ext. 233)
                                          Email: tsavitsky@oved.com