**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Orchidea L & L Inc. | ) | Case No. 24-10365 (PB) |
| | ) | |
| Debtor. | ) | Re: ECF Nos. 40, 45 |

# ORDER APPROVING TRUSTEE'S MOTION (i) PURSUANT TO BANKRUPTCY RULE 9019(a) AND BANKRUPTCY SECTIONS 105(a) SEEKING APPROVAL OF STIPULATION WITH LAWRENCE PAUL AND WORLD START TRADING CORP., AND (ii) PURSUANT TO 11 U.S.C. §§ 105 AND 554 DETERMINING THAT THE ESTATE'S RETAINED INTEREST PURSUANT TO THE STIPULATION IS NOT DEEMED ABANDONED AFTER CLOSING CASE

Upon the motion [ECF No. 45] (the "Motion") of Kenneth P. Silverman, Esq., the chapter 7 trustee (the "Trustee") of the bankruptcy estate (the "Estate") of Orchidea L & L Inc. (the "Debtor"), seeking entry of an order (i) pursuant to section 105(a) of Title 11 of the United States Code (the "Bankruptcy Code") and Rule 9019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), approving a Stipulation of Settlement (the "Stipulation"), a copy of which is annexed to the Motion as **Exhibit A**, by and among (a) the Trustee, (b) Lawrence Paul ("Paul"), and (c) World Star Trading Corp. d/b/a Spectra Fine Jewelry ("World Star" and, together with Paul, the "Assignees");[1] (ii) pursuant to Bankruptcy Code §§ 105(a) and 554(c), determining that the interest retained by the Debtor's estate pursuant to the Stipulation is not deemed abandoned pursuant to Bankruptcy Code § 554(c) upon the closing of the Debtor's bankruptcy case, and (iii) for such other, further and different relief as the Court may deem just and proper; and upon the Affidavit of Service on file with the Court evidencing proper service of the Motion; and no objections to the Motion or the Stipulation having been filed; and the Court having found that: (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) venue is

[1] The Trustee and the Creditors are collectively referred to as the "Parties," and each a "Party."

proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409, (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), (iv) notice of the Motion, including all exhibits annexed thereto, was sufficient and no additional notice on the Motion is required under the circumstances, and (v) the relief sought in the Motion is in the best interests of the Estate, its creditors, and other parties in interest, and is supported by good business reasons as set forth in the Motion; and a Certificate of No Objection having been filed [ECF No. 47]; and after due deliberation and sufficient cause appearing therefor;

**NOW, THEREFORE, IT IS HEREBY**

**ORDERED**, that the Stipulation is approved; and it is further

**ORDERED**, that, pursuant to Bankruptcy Code § 554(c), the interest retained by the Debtor's estate pursuant to the Stipulation shall not be deemed abandoned upon the closing of the Debtor's bankruptcy case; and it is further

**ORDERED**, that the Trustee is authorized to take such steps, execute such documents and expend such funds as may be reasonably necessary to effectuate the terms and conditions of this Order and the Stipulation; and it is further

**ORDERED**, that this Court shall retain jurisdiction to resolve controversies and disputes regarding the interpretation or enforcement of the terms of this Order.

Dated: New York, New York
August 7, 2026

/s/ Philip Bentley
Honorable Philip Bentley
United States Bankruptcy Judge